# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3271
_____

Joshua Devon Kroll,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Jonathan Schlechter, Judge.

April 11, 2024

Per Curiam.

Affirmed.

Roberts, Kelsey, and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.